JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY SINNATHAMBY,<br>    Plaintiff,<br><br>       v.<br><br>MICHAEL DUANE INSCORE, et al.,<br>    Defendants. | CV 20-8930 DSF (MRWx)<br><br>JUDGMENT |

    The Court having dismissed this action for lack of subject matter jurisdiction,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed without prejudice.

Date: October 5, 2020

                                        Dale S. Fischer
                                        United States District Judge