Stanley Denis, Esq., #65621
Law Offices of Stanley Denis
3620 Pacific Coast Highway, Suite 200
Torrance, CA 90505
Telephone: (310) 378-4900
Fax: (310) 378-4911
Email: stan@standenislaw.com

Attorney for Defendants
MICHAEL DUANE INSCORE
JOI INSCORE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY SINNATHAMBY,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL DUANE INSCORE; JOI INSCORE; KENNETH MARIANO HUSEMAN; CYNTHIA HUSEMAN; SUSANA LOPEZ GAMEZ in her individual and official capacity; SUSANA LOPEZ INC., a California Corporation; MARIA SALUD MURRILLO; JUANA GENOVEVA SOTOMAYOR MURILLO; VIDAL GUERRERO; and EJIDO PRIMO TAPIA, an Unincorporated Mexico Association,<br><br>        Defendants. | Case No.: 2:20-CV-08930-DSF-MRW<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL**<br><br>Dept.: 7D<br>Case Assigned to: Judge Dale S. Fischer<br>Complaint Filed: September 29, 2020 |

TO THE PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Stanley Denis will be out of the country and unavailable for all purposes, including any and all court appearances and ex-parte applications, from September 8, 2021 through and including October 1, 2021.

//

//

1

NOTICE OF UNAVAILABILITY OF COUNSEL

1   Scheduling a conflicting proceeding without good cause is sanctionable conduct.
2   *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal.App.4th 299.

4   DATED: August 19, 2021                    LAW OFFICES OF
                                              STANLEY DENIS

                                              By: _____
                                              STANLEY DENIS
                                              Attorney for Defendants
                                              MICHAEL DUANE INSCORE
                                              JOI INSCORE

# PROOF OF SERVICE

I, Courtney Kurata, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to this action; my business address is 3620 Pacific Coast Highway, Suite 200, Torrance, California 90505.

On August 19, 2021, I served the following document(s) described as:

**NOTICE OF UNAVAILABILITY OF COUNSEL**

on interested parties in this action as follows:

<u>Attorney for Plaintiff, Wesley Sinnathamby</u>

Meir J. Westreich
Attorney at Law
221 East Walnut, Suite 200
Pasadena, CA 91101
Phone: (626) 676-3585
Email: meirjw@aol.com

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail address listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 19, 2021, at Torrance, California.

                                                      */s/ Courtney Kurata*
                                                    Courtney Kurata