UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-8930 DSF (MRWx) | Date | November 12, 2021 |
|---|---|---|---|
| Title | Sinnathamby v. Inscore | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys for Plaintiff: | | Attorneys for Defendant: |
| n/a | | n/a |

**Proceedings:**        ORDER TO SHOW CAUSE

1.      The Inscore Defendants filed additional discovery motions that are not in the joint format mandated under the Local Rules. (Docket # 57, 58.) The motions are accompanied by a statement indicating that Plaintiff failed to adequately respond to a meet-and-confer demand that substantially complied with Local Rule 37, and did not provide his portion of the proposed joint discovery motions. (Docket # 57 at 27-31.) That's particularly true given (a) the inadequacy of the information previously provided to the Court (Docket # 56) (that's surely been fixed), and (b) the pandemic-related flexibility that Judge Wilner has given lawyers in complying with the Local Rule requirements as posted on his portion of the Court's website.

2.      A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, Plaintiff is ORDERED TO SHOW CAUSE for the failure to comply with the joint filing process <u>and</u> to submit a substantive response to the discovery motion by <u>November 18, at 12:00 p.m.</u> If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings. The Court will also award expenses to the moving party as required under Federal Rule of Civil Procedure 37(a)(5).

3.      **Note**: I carefully read Mr. Westreich's recent response to Mr. Denis regarding the festering discovery dispute. (Docket # 57 at 49-53.) If Plaintiff wants to continue to delay production of materials due to Mexican paper size complications / wind damage to a house / Mr. Westreich's health issues / the parties' failure to execute a basic protective order / perceived non-compliance with the Local Rules, so be it. I'll consider any legitimate argument, and render an appropriate decision (including a potential award of Rule 37(a)(5) fees, as previously noted). <u>In the alternative</u>, if the parties can promptly

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-8930 DSF (MRWx) | Date | November 12, 2021 |
|---|---|---|---|
| Title | Sinnathamby v. Inscore | | |

reach an agreement regarding the production of this discovery, they may inform the Court and take down the motion without further consequence.