# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY SINNATHAMBY,<br>    Plaintiff,<br><br>    v.<br><br>MICHAEL DUANE INSCORE, et al.,<br>    Defendants. | CV 20-8930 DSF (MRWx)<br><br>Order to Show Cause re Dismissal for Lack of Prosecution |

    This case has been pending for over 2 ½ years. While Plaintiff has settled with two of the Defendants, there has been little to no prosecution of the case against the remaining Defendants. The most recent action against any of the remaining Defendants was the filing of requests for default against two of the Defendants in March 2022. These are the only defaults that have been entered. Therefore, Plaintiff is ordered to show cause, in writing, no later than May 30, 2023, why the remaining Defendants in the case should not be dismissed for lack of prosecution.

    IT IS SO ORDERED.

Date: May 15, 2023

                                                  Dale S. Fischer<br>
                                                  United States District Judge