# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY SINNATHAMBY,<br>        Plaintiff,<br><br>                v.<br><br>MICHAEL DUANE INSCORE, et al.,<br>        Defendants. | 2:20-cv-8930-DSF-MRWx<br><br>Order to Show Cause re<br>Dismissal for Lack of Prosecution |

  On May 15, 2023, the Court issued an order to show cause re dismissal for lack of prosecution with respect to the remaining defendants in the case. Numerous extensions have been granted to Plaintiff since then. The last extension, dated January 30, 2024, ordered a response no later than March 1, 2024. No response was filed.

  Given that the case has been pending since September 29, 2020, and the last substantive action occurred almost two years ago, Plaintiff will be afforded one final opportunity to show cause why the remainder of the case should not be dismissed for lack of prosecution. The response must outline a specific timeline for seeking default judgment against the defaulted defendants and must show cause why any

unserved defendants should not be dismissed at this time. The response is to be filed no later than August 30, 2024.

 IT IS SO ORDERED.

Date: August 19, 2024        *Dale S. Fischer*
                   _____
                   Dale S. Fischer
                   United States District Judge