JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY SINNATHAMBY,<br>    Plaintiff,<br><br>        v.<br><br>MICHAEL DUANE INSCORE, et al.,<br>    Defendants. | 2:20-cv-8930-DSF-MRWx<br><br>JUDGMENT |

    The Court having issued an order to show cause re dismissal for lack of prosecution and Plaintiff having not responded within the time allowed by the Court,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed without prejudice.

Date: September 5, 2024

_____
Dale S. Fischer
United States District Judge